

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2015

No. 04-15-00673-CV

**USAA TEXAS LLOYD'S COMPANY**,
Appellant

v.

John **DOE** and Jane Doe, Individually and as Next Friends of XXX, a Minor,
Appellees

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 392757
Honorable Walden Shelton, Judge Presiding

# O R D E R

This court routinely examines the clerk's record to determine our jurisdiction over newly-filed appeals. After examining the clerk's record in this case, we issued a show cause order questioning our jurisdiction over this appeal because it appeared, based on the stamp placed on appellant's notice of appeal by the trial court clerk, that appellant's notice of appeal was untimely filed. Although the notice of appeal appeared to be untimely, it also appeared that it was filed within the fifteen-day grace period allowed by Rule 26.3 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 26.3. We, therefore, gave appellant an opportunity to file a response and offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26).

On December 15, 2015, appellant filed a response to our show cause order. In its response, appellant states that its notice of appeal was timely filed because it was delivered to its counsel's electronic service provider in a timely manner. Furthermore, attached to appellant's response is documentation establishing that appellant's notice of appeal was in fact filed in a timely manner. *See* TEX. R. APP. P. 9.2 (providing that, as a general rule, an electronically filed document is deemed filed when transmitted to the filing party's electronic service provider). In light of the documentation provided, we conclude that appellant's notice of appeal was timely filed.

Our previous order suspending all appellate deadlines in this appeal is LIFTED. **Appellant's brief is due thirty days from the date of this order.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court